IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-765-WYD-OES

WAHIB HASSAN YUSUF,

    Plaintiff(s),

v.

CENTURA HEALTH SYSTEMS SPONSORED BY CATHOLIC HEALTH INITIATIVES, (d/b/a ST. ANTHONY'S CENTRAL HOSPITAL),

    Defendant(s).

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court upon a review of the file.  The last activity in this case was on August 29, 2005.  On October 19, 2005, Magistrate Judge Schlatter entered an Order to Show Cause, Ordering the Plaintiff to show cause in writing, no later than November 2, 2005, as to why this case should not be dismissed due to the fact that Plaintiff (1) has not obtained service of process upon the Defendant, and (2) failed to appear at a scheduling conference on October 19, 2005.  The docket reflects that Plaintiff failed to respond to the Order to Show Cause.  It appears that this case should be dismissed without prejudice due to Plaintiff's failure to prosecute this case and failure to comply with the Federal Rules of Civil Procedure and Orders of the Court.  Accordingly, it is hereby

ORDERED that, pursuant to FED.R.CIV.P. 41(b) and D.C.COLO.LR 41.1, this case **DISMISSED WITHOUT PREJUDICE**.

Dated: January 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge